UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL "SOFIA" J. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER O. NAVARRO, et al.,<br><br>Defendants. | Case No.: 3:20-cv-02280 DMS (AHG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO AMEND WITHOUT PREJUDICE** |

On November 20, 2020, Plaintiff "Sofia" Ramirez, a state prisoner proceeding pro se, filed a Complaint Under the Civil Rights Act, 42 U.S.C. § 1983.  Plaintiff alleges her constitutional rights were violated at Richard J. Donovan Correctional Facility, where she is an inmate. (ECF No. 1.)

On October 8, 2021, Plaintiff filed the present motion to amend.  (ECF No. 24.) Defendants filed a response on October 25, 2021, opposing the request for leave on the grounds that the proposed amended complaint appears incomplete, but not otherwise opposing amendment. (ECF No. 27.)

On November 18, 2021, Magistrate Judge Allison H. Goddard issued a Report and Recommendation ("R&R") on the present motion, recommending that it be denied without prejudice and that Plaintiff be granted 30 days to submit a renewed motion to amend.  No party has filed objections to the R&R, and the time for doing so has expired.

     This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R in its entirety and denies Plaintiff's motion to amend without prejudice. The Court grants Plaintiff until **January 4, 2022, at 5:00 p.m.** to submit a renewed motion to amend with the **complete proposed FAC attached**. Defendants are granted until **January 14, 2022, at 5:00 p.m.** to file an opposition or notice of non-opposition as to the renewed motion.

     **IT IS SO ORDERED**.

Dated:  December 3, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court