UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL "SOFIA" J. RAMIREZ,<br><br>             Plaintiff,<br><br>v.<br><br>VANESSA HOLTON et al.,<br><br>             Defendants. | Case No.:  20cv2280-LL-AHG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On November 20, 2020, Plaintiff "Sofia" Ramirez, a state prisoner proceeding pro se, filed a Complaint under 42 U.S.C. § 1983. Plaintiff alleges her constitutional rights were violated at Richard J. Donovan Correctional Facility, where she is an inmate. On March 25, 2022, Defendants filed a Motion to Dismiss on the grounds that Plaintiff failed to prosecute the action. ECF No. 31. On April 11, 2022, before Plaintiff filed any response, Magistrate Judge Allison H. Goddard issued a Report and Recommendation ("R&R") on the motion, recommending that it be denied. ECF No. 32. No party has filed an objection to the R&R, and the time for doing so has expired.

///

///

///

This Court, having reviewed de novo the Magistrate Judge's R&R, **ADOPTS** the R&R in its entirety [ECF No. 32] and **DENIES** Defendants' motion to dismiss [ECF No. 31] without prejudice. Plaintiff is warned that failure to prosecute her case may result in the dismissal of her case.

**IT IS SO ORDERED**.

Dated:  April 26, 2022

Honorable Linda Lopez
United States District Judge